**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br>     Diane Janik <br><br>         Debtor(s) | Case No. 13-29223 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/23/2013.

2) The plan was confirmed on 10/03/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 05/01/2014, 10/23/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 05/14/2015.

6) Number of months from filing to last payment: 14.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,290.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,290.00

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,227.29 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $62.71 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,290.00

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A-ALL Payday Loans | Unsecured | 300.00 | 300.00 | 300.00 | 0.00 | 0.00 |
| Advocate Lutheran General | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT CREDIT UNION | Unsecured | 4,000.00 | 1,704.78 | 1,704.78 | 0.00 | 0.00 |
| ALLY FINANCIAL F/K/A NUVELL CRI | Unsecured | 8,000.00 | 24,564.25 | 24,564.25 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 4,025.42 | 4,025.42 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 316.35 | 316.35 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 2,000.00 | 218.74 | 218.74 | 0.00 | 0.00 |
| Avis Rent a Car | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Bank of America | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| Beata Czarkowska Zero | Priority | 1,000.00 | 892.55 | 892.55 | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | 500.00 | 482.28 | 482.28 | 0.00 | 0.00 |
| Chase Bank | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| CHILDRENS CHOICE LEARNING CTR | Unsecured | 1,654.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 4,000.00 | 4,616.35 | 4,616.35 | 0.00 | 0.00 |
| Comcast Chicago Seconds - 2000 | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,426.00 | 1,426.13 | 1,426.13 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,415.00 | NA | NA | 0.00 | 0.00 |
| Dennis Conrad | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Directv | Unsecured | 525.00 | NA | NA | 0.00 | 0.00 |
| DISH Network | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 454.00 | NA | NA | 0.00 | 0.00 |
| ELMWOOD PARK COMMUNITY SCH( | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| ELMWOOD PARK COMMUNITY SCH( | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| ENT Center | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Enterprise Rental Car | Unsecured | 1,677.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORPORATION | Unsecured | 10,103.00 | 4,608.89 | 4,608.89 | 0.00 | 0.00 |
| First Rate Financial | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 800.00 | 852.98 | 852.98 | 0.00 | 0.00 |
| ICS/Illinois Collection Serv. | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 13,375.00 | 12,566.00 | 12,566.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Illinois State TOLL HWY Author | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| James T. Saltourous | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Kuntz & Kuntz | Unsecured | 2,400.00 | NA | NA | 0.00 | 0.00 |
| Law Office of Stewart&Capraro | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Law Offices of Andrew Spirack | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,000.00 | 911.28 | 911.28 | 0.00 | 0.00 |
| MCKESSON CORPORATION | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| Melrose Park Clinic | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| MFG FINANCIAL INC | Unsecured | 1,031.00 | 8,450.59 | 10,350.59 | 0.00 | 0.00 |
| MFG FINANCIAL INC | Secured | NA | 1,900.00 | 0.00 | 0.00 | 0.00 |
| Midland Funding | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST CTR FOR WOMENS HEALT | Unsecured | 300.00 | 400.93 | 400.93 | 0.00 | 0.00 |
| MOST FUNDING | Unsecured | NA | 333.41 | 333.41 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 600.00 | 616.45 | 616.45 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,300.00 | 2,065.12 | 2,065.12 | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 1,216.00 | NA | NA | 0.00 | 0.00 |
| Picket Fence Learning Center | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION HEALTH CARE | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL GROUP | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| River Grove Clinic | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Short Term Loans, LLC | Unsecured | 100.00 | 2,530.33 | 2,030.33 | 0.00 | 0.00 |
| T. L. Thompson & Assoc. | Unsecured | 1,595.00 | NA | NA | 0.00 | 0.00 |
| Triton College | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| UPTOWN MOTORS INC DBA MARINC | Unsecured | NA | 4,396.00 | 4,396.00 | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 500.00 | 307.71 | 307.71 | 0.00 | 0.00 |
| USA PAYDAY LOANS | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VALUE AUTO MART | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,090.00 | 1,069.72 | 1,069.72 | 0.00 | 0.00 |
| WILBER LAW FIRM | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $892.55 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$892.55** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$78,163.71** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,290.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$1,290.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/01/2015        By: /s/ Tom Vaughn
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**